UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICK D. PEARSON,

    Plaintiff,

v.                                CASE NO.  8:13-CV-371-T-17TBM

NEW TAMPA BAY RENTALS,
LLC, et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 1    Motion for Temporary Restraining Order

Plaintiff Pearson's Motion states that Plaintiff will file a Complaint with the Clerk of Court.  To date, Plaintiff has not filed a Complaint.  After consideration, the Court denies Plaintiff's Motion for Temporary Restraining Order without prejudice.

The Court notifies Plaintiff Pearson that Plaintiff is subject to the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida.  Failure to comply with the Rules may result in the dismissal of this case.

After consideration, the Court directs Plaintiff to file a Complaint within seven days of the date of this Order.   Accordingly, it is

Case No. 8:13-CV-371-T-17TBM

**ORDERED** that the Motion for Temporary Restraining Order (Dkt. 1) is **denied** without prejudice; Plaintiff shall file a Complaint within seven days of the date of this Order.  If no Complaint is filed, this case will be dismissed at that time.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 13th day of February, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record